| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF WISCONSIN |
| Case number *(if known)*      Chapter    **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Bayer & Sonz, LLC** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0665186** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **7430 Harwood Avenue, Ste 200** <br> **Milwaukee, WI 53213** <br> Number, Street, City, State & ZIP Code <br><br> **Milwaukee** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Bayer & Sonz, LLC**  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

☒ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☒ $1,000,001 - $10 million  
☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 18, 2024**
               MM / DD / YYYY

**X**   **/s/ Matthew Bayer**            **Matthew Bayer**
     Signature of authorized representative of debtor      Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X**   **/s/ Michelle A Angell**           Date   **February 18, 2024**
     Signature of attorney for debtor                      MM / DD / YYYY

**Michelle A Angell**
Printed name

**Miller & Miller Law, LLC**
Firm name

**633 W Wisconsin Ave, Ste 500**
**Milwaukee, WI 53203-1918**
Number, Street, City, State & ZIP Code

Contact phone   **414-277-7742**      Email address   **michelle@millermillerlaw.com**

**1063924 WI**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bayer & Sonz, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 18, 2024**     X **/s/ Matthew Bayer**
Signature of individual signing on behalf of debtor

**Matthew Bayer**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: **Bayer & Sonz, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15435 Carpenter LLC<br>10952 N. Pebble Lane<br>Thiensville, WI 53092 | | Money Judgment in Washington County Case NO. 23SC343 | | | | $10,094.50 |
| Ara V Jackson<br>2905 W Wisconsin Ave #403<br>Milwaukee, WI 53208 | | Money Judgement Waukesha Case no. 23SC1136 | Disputed | | | $10,074.50 |
| Black&Gold Holdings, LLC<br>148 E. Milwaukee Street, Ste 1035<br>Jefferson, WI 53549 | | Money Judgement Milwaukee County 23CV1061 | Disputed | | | $50,147.30 |
| Creek Road LLC<br>W140N5904 Lilly Road<br>Menomonee Falls, WI 53051 | | Money Judgement in Washington County Case 22SC100 | Disputed | | | $11,835.54 |
| Longrow Holdings, LLC<br>c/o Anderson Registered Agents<br>2761 Allied Street, 1st Floor<br>Green Bay, WI 54304 | | Money Judgment inMilwaukee Case 2022CV5465 | Disputed | | | $505,500.00 |
| Santiago Speranza<br>W327 S7589 Squire Lane<br>Mukwonago, WI 53149 | | Money judgment in Milwaukee Case #22CV6045 and TJ in Waukesha Case 22TJ176 | Disputed | | | $23,066.34 |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Bayer & Sonz, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew Bayer**<br>**W327S7589 Squire Lane**<br>**Mukwonago, WI 53149** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 18, 2024**    Signature **/s/ Matthew Bayer**

**Matthew Bayer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Bayer & Sonz, LLC**                                                                    Case No.
                                        Debtor(s)                      Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 18, 2024**           **/s/ Matthew Bayer**
                                                                                   **Matthew Bayer**/**Managing Member**
                                                                                   Signer/Title

15435 Carpenter LLC
10952 N. Pebble Lane
Thiensville, WI 53092

Ara V Jackson
2905 W Wisconsin Ave #403
Milwaukee, WI 53208

Attorney Beth Brockmeyer
Cramer Multhauf LLP
1601 E. Racine Ave, Ste 200
Waukesha, WI 53186

Attorney Christopher Koehnke
vonBriesen & Roper SC
411 E. Wisconsin Ave, Ste 1000
Milwaukee, WI 53202

Attorney Daniel Habeck
Cramer Multhauf LLP
1601 E. Racine Avenue, Ste 200
Waukesha, WI 53186

Attorney Domonic A Burke
Cramer Multhauf LLP
1601 E. Racine Ave, Ste 200
Waukesha, WI 53186

Attorney Jack W Rettler
Schloemer Law Firm, SC
143 S. Main Street, 3rd Fl
West Bend, WI 53095

Attorney Melissa Ivens
Yandell Law Offices LLC
757 N. Broadway, Ste 300
Milwaukee, WI 53202

Attorney Ryan Peterson
Heuer Law Offices
9312 W. National Ave.
West Allis, WI 53227

Attorney Terrence M. Polich
Lawton & Cates, SC
345 W. Washington Ave, Ste 201
PO Box 2965
Madison, WI 53701

bank


Black&Gold Holdings, LLC
148 E. Milwaukee Street, Ste 1035
Jefferson, WI 53549

Black&Gold Holdings, LLC
C/O Northwest Registered Agent, LLC
2800 E. Enterprise Avenue, Ste 333
Appleton, WI 54913

Creek Road LLC
W140N5904 Lilly Road
Menomonee Falls, WI 53051

Gordon Family LLP
1134 N. 9th Street
Milwaukee, WI 53233

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346

Longrow Holdings LLC
247 South Pixley Street
Orange, CA 92868

Longrow Holdings, LLC
c/o Anderson Registered Agents
2761 Allied Street, 1st Floor
Green Bay, WI 54304

Longrow Holdings, LLC
3225 McLeod Drive, Ste 100
Las Vegas, NV 89121

Matthew Bayer


Rooter Sewer Cleaners, Inc.
Attn: Bankruptcy Dept.
11030 W. Lincoln Avenue
Milwaukee, WI 53227

Santiago Speranza
W327 S7589 Squire Lane
Mukwonago, WI 53149

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Bayer & Sonz, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bayer & Sonz, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Matthew Bayer**
**W327S7589 Squire Lane**
**Mukwonago, WI 53149**

☐ None [*Check if applicable*]

**February 18, 2024**
Date

**/s/ Michelle A Angell**
**Michelle A Angell**
Signature of Attorney or Litigant
Counsel for **Bayer & Sonz, LLC**
**Miller & Miller Law, LLC**
**633 W Wisconsin Ave, Ste 500**
**Milwaukee, WI 53203-1918**
**414-277-7742 Fax:414-277-1303**
**michelle@millermillerlaw.com**