## DECLARATION CONCERNING DEBTOR'S FINANCIAL STATEMENTS

Bayer & Sonz, LLC, has not prepared a recent balance sheet, statement of operations, or cash flow statement. The last balance sheet or other financial documents were prepared in unknown. The current or most recent year of tax returns are still being prepared.

The undersigned declares under penalty of perjury that the foregoing statement is true and correct to the best of its knowledge, information and belief.

**Bayer & Sonz, LLC**

Dated February 18, 2024          Signed: ___/s/ _Matthew Bayer_____

                                                       Matthew Bayer, Managing Member