UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE:     BAYER & SONZ, LLC            Chapter 11
                                                                    Case No. 24-20710

                  Debtor.

---

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES
OF ALL NOTICES AND PLEADINGS**

---

PLEASE TAKE NOTICE, that Gordon Family LLP, a creditor and party in interest in this proceeding, acting by and through its counsel, Cramer Multhauf LLP, appears in this case and requests under Rules 9010(b) and 2002(a) of the Rules of Bankruptcy Procedure that all papers, pleadings and notices required to be served in this case be served upon the undersigned counsel.

Dated this 20th day of February, 2024.

                                                  CRAMER MULTHAUF LLP
                                                  Attorneys for Gordon Family LLP


                                                  BY: *Electronically signed by Beth M. Brockmeyer*
                                                         Beth M. Brockmeyer
                                                         SBN: 1024880

Drafted by:
Attorney Beth M. Brockmeyer
Cramer Multhauf LLP
1601 E. Racine Avenue, Suite 200
P.O. Box 558
Waukesha, WI 53187-0558
Phone: (262) 542-4278
Fax: (262) 542-4270
bb@cmlawgroup.com