UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bayer & Sonz, LLC,

Debtor.

Case No. 24-20710-rmb
(Chapter 11)

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Jennifer M. Schank
Fuhrman & Dodge, S.C.
6405 Century Avenue, Suite 101
Middleton, WI 53562
Phone: (608) 327-4200
Fax: (608) 841-1502
Email: jschank@fuhrmandodge.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: February 23, 2024.

PATRICK S. LAYNG
United States Trustee

**DAVID ASBACH**
Digitally signed by DAVID ASBACH
Date: 2024.02.23 13:02:53 -06'00'

DAVID W. ASBACH
Assistant United States Trustee

David W. Asbach
Assistant United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
Phone: (414) 297-4499; Dave.W.Asbach@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed the **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** with the Clerk of the Bankruptcy Court using the ECF system which will send notification of such filing to all ECF filers, and further, that I caused such document, to be mailed via first-class U.S. mail, to the following party:

Bayer & Sonz, LLC
7430 Harwood Avenue, Ste 200
Milwaukee, WI 53213

*Beth McGowan*
Beth McGowan, Paralegal Specialist
Office of the United States Trustee