In re:  
Bayer & Sonz, LLC  
    Debtor

Case No. 24-20710-rmb  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0757-2     User: adkt     Page 1 of 2  
Date Rcvd: Feb 26, 2024     Form ID: pdfhrg     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bayer & Sonz, LLC, 7430 Harwood Avenue, Ste 200, Milwaukee, WI 53213-2641 |
| cr | | Gordon Family LLP, CRAMER MULTHAUF LLP, Beth M. Brockmeyer, 1601 E. Racine Avenue, Suite 200, P.O. Box 558 Waukesha, WI 53187-0558 |
| 12094163 | + | 15435 Carpenter LLC, 10952 N. Pebble Lane, Thiensville, WI 53092-5831 |
| 12094164 | + | Ara V Jackson, 2905 W Wisconsin Ave #403, Milwaukee, WI 53208-3921 |
| 12094165 | + | Attorney Beth Brockmeyer, Cramer Multhauf LLP, 1601 E. Racine Ave, Ste 200, Waukesha, WI 53186-6800 |
| 12094166 | + | Attorney Christopher Koehnke, vonBriesen & Roper SC, 411 E. Wisconsin Ave, Ste 1000, Milwaukee, WI 53202-4409 |
| 12094167 | + | Attorney Daniel Habeck, Cramer Multhauf LLP, 1601 E. Racine Avenue, Ste 200, Waukesha, WI 53186-6800 |
| 12094168 | + | Attorney Domonic A Burke, Cramer Multhauf LLP, 1601 E. Racine Ave, Ste 200, Waukesha, WI 53186-6800 |
| 12094169 | + | Attorney Jack W Rettler, Schloemer Law Firm, SC, 143 S. Main Street, 3rd Fl, West Bend, WI 53095-3367 |
| 12094170 | + | Attorney Melissa Ivens, Yandell Law Offices LLC, 757 N. Broadway, Ste 300, Milwaukee, WI 53202-3645 |
| 12094171 | + | Attorney Ryan Peterson, Heuer Law Offices, 9312 W. National Ave., West Allis, WI 53227-1542 |
| 12094172 | + | Attorney Terrence M. Polich, Lawton & Cates, SC, 345 W. Washington Ave, Ste 201, PO Box 2965, Madison, WI 53701-2965 |
| 12094174 | + | Black&Gold Holdings, LLC, 148 E. Milwaukee Street, Ste 1035, Jefferson, WI 53549-1636 |
| 12094175 | + | Black&Gold Holdings, LLC, C/O Northwest Registered Agent, LLC, 2800 E. Enterprise Avenue, Ste 333, Appleton, WI 54913-7889 |
| 12094176 | + | Creek Road LLC, W140N5904 Lilly Road, Menomonee Falls, WI 53051-6002 |
| 12094177 | + | Gordon Family LLP, 1134 N. 9th Street, Milwaukee, WI 53233-1499 |
| 12094179 | + | Longrow Holdings LLC, 247 South Pixley Street, Orange, CA 92868-4028 |
| 12094181 | + | Longrow Holdings, LLC, 3225 McLeod Drive, Ste 100, Las Vegas, NV 89121-2257 |
| 12094180 | + | Longrow Holdings, LLC, c/o Anderson Registered Agents, 2761 Allied Street, 1st Floor, Green Bay, WI 54304-5501 |
| 12094183 | + | Rooter Sewer Cleaners, Inc., Attn: Bankruptcy Dept., 11030 W. Lincoln Avenue, Milwaukee, WI 53227-1132 |
| 12094184 | + | Santiago Speranza, W327 S7589 Squire Lane, Mukwonago, WI 53149-9347 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12094178 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2024 00:03:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12094185 | | Email/Text: DORBANKRUPTCYSPECIALIST@WISCONSIN.GOV | Feb 27 2024 00:11:00 | Wisconsin Department of Revenue, Special Procedures Unit, PO Box 8901, Madison, WI 53708-8901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12094182 | | Matthew Bayer |
| 12094173 | | bank |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Anthony B. Sparks | on behalf of U.S. Trustee Office of the U. S. Trustee anthony.b.sparks@usdoj.gov |
| Beth M. Brockmeyer | on behalf of Creditor Gordon Family LLP bb@cmlawgroup.com |
| Jennifer M. Schank | jschank@fuhrmandodge.com lstefenel@fuhrmandodge.com |
| Michelle A. Angell | on behalf of Debtor Bayer & Sonz LLC michelle@millermillerlaw.com, angell.michellebc14058@notify.bestcase.com;christine@millermillerlaw.com;stacey@millermillerlaw.com;aubrey@millermillerlaw.com |
| Office of the U. S. Trustee | ustpregion11.mi.ecf@usdoj.gov |

TOTAL: 5

So Ordered.

Dated: February 26, 2024



_____
Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Bayer & Sonz, LLC<br><br>Debtor. | Case No. 24-20710-rmb<br><br>Chapter 11 (Subchapter V) |

**ORDER (1) SCHEDULING SECTION 1188(a) CONFERENCE;
(2) SETTING SECTION 1188(c) REPORT DEADLINE; AND
(3) ESTABLISHING PROCEDURES FOR SUBCHAPTER V CASE**

On February 18, 2024, the Debtor filed a chapter 11 petition and elected to proceed under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Subchapter V"). In accordance with Subchapter V,

IT IS HEREBY ORDERED:

1. **Section 1188(a) conference:** The Court will conduct the status conference required by 11 U.S.C. § 1188(a) on **April 17, 2024 at 11:00 a.m.** The status conference will take place by telephone. To appear by telephone, you must call the Court conference line at 1-888-808-6929, and enter access code 5457889# before the scheduled hearing time.

    a. *Required appearances*: Debtor's counsel, the Debtor (through senior management personnel), and the Subchapter V Trustee must attend this hearing.

    b. *Filing mandatory preconference report*: On or before **April 3, 2024**, the Debtor must file and serve on the Subchapter V Trustee, the United States Trustee, and all parties in interest the report required by 11 U.S.C. § 1188(c), describing at least the following in detail:

  i. The efforts the Debtor has undertaken or will undertake to attain a consensual plan of reorganization. *See* 11 U.S.C. § 1188(c).

  ii. Any complications the Debtor perceives in promptly proposing and confirming a plan, including any need for discovery, valuation adjudication, motion practice, claim adjudication, or adversary proceeding litigation.

  iii. The nature of the Debtor's business or occupation and the goals of the reorganization plan.

  iv. Any motions the Debtor contemplates filing or expects to file before confirmation.

  v. Any objections to claims or interests the Debtor expects to file before plan confirmation and any potential need to estimate claims for voting purposes.

  vi. The estimated time by which the Debtor expects to file and serve the plan of reorganization.

  vii. Other matters that the Debtor expects the Court will need to address before confirmation.

  viii. Other issues that the Debtor contends could have an effect on the efficient administration of the case.

c. *Requests for adjournment*:

  i. If any of the mandatory participants has a presently existing scheduling conflict, that party should file a prompt letter request to reschedule after consultation with counsel for the other parties. The letter request should include at least three dates and times on which all of the mandatory participants would be available for a rescheduled status conference within the time period set forth in 11 U.S.C. § 1188(a).

  ii. Any other request for an adjournment of the status conference must be made by motion served on all parties who have appeared or filed claims, as well as the Subchapter V Trustee and the United States Trustee, accompanied by notice of a 7-day objection period. The motion must fully explain the reasons for the requested adjournment, and, **if the requested adjournment would place the conference at a date later than 60 days after the order for relief, must be supported by facts demonstrating circumstances for which the Debtor should not justly be held accountable**. *See* 11 U.S.C. § 1188(b). The court may grant the motion before the expiration of the objection period in which case the court will

> treat any timely filed objection as a motion to reconsider, which the court will decide de novo.

2. **Deadline to file plan:** The Debtor must file and serve a plan of reorganization on or before **May 18, 2024**. *See* 11 U.S.C. §1189(b). The Debtor is encouraged to use the Subchapter V plan form (Form 425A) in proposing a plan of reorganization. A copy is available on the court's website.

3. **Monthly operating reports:** The Debtor must file and serve on the United States Trustee monthly operating reports containing the information required by 11 U.S.C. §§ 1187 and 308, including summaries of the operation of the Debtor's business, profitability, and statements identifying all receipts and disbursements. The Debtor must file each monthly report on or before the 21st day of the following month. The Debtor's monthly operating reports must be made using the form required by the United States Trustee.

4. **Failure to comply with this order:** The failure to comply with this order may result in denial of confirmation or sanctions, including but not limited to conversion or dismissal of this case, the appointment of a trustee, and/or monetary sanctions.

5. **Clerk to serve this order:** The Clerk is directed to serve this order on all parties in interest by ECF or through the Bankruptcy Noticing Center.

# # # # #