UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Bayer & Sonz, LLC,　　　　　　　　　　Case No. 24−20710−rmb
　　　　　　　　Debtor.　　　　　　　　　　　　Chapter 11

## NOTICE OF TELEPHONE HEARING

TO:　　Bayer & Sonz, LLC　　　　　　　　　Attorney Michelle A. Angell
　　　　　　　　　　　　　　　　　　　　　　Trustee Jennifer M. Schank

PLEASE TAKE NOTICE that a hearing to consider the consider the Objections to Claim No. 7 and Claim No. 8 will be held via conference call before United States Bankruptcy Judge Rachel M. Blise on **June 27, 2024, at 03:00 PM.**

PLEASE TAKE FURTHER NOTICE that you may appear in person for this hearing at the United States Courthouse, 517 East Wisconsin, Room 149, Milwaukee, Wisconsin, or you may participate by telephone. **To appear by telephone, you must call the Court conference line at 1−888−808−6929, and enter access code 5457889 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the Court (414−290−2670), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.

PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

Dated: June 14, 2024　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　Rachel M. Blise
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge